EMMA ROBBINS, PLAINTIFF IN ERROR, v. GEORGE H. VANDERBECK, EXECUTOR OF THE WILL OF JACOB ROBBINS, DECEASED, DEFENDANT IN ERROR.

In the absence of a bill of exceptions, error cannot be assigned upon matter which such bill should contain, neither can the judgment below be reversed.

---

On error to the Monmouth County Circuit Court.

For the plaintiff in error, *Barton B. Hutchinson.*

For the defendant in error, *W. Holt Apgar.*

PER CURIAM.

Error is assigned upon a judgment of non-suit ordered at the Circuit. Question touching such a judgment must be presented by a bill of exceptions, returned with the writ of error. In place of such a bill in the present case, counsel seek to substitute their stipulation. Such stipulation will not answer. In absence of the bill of exceptions, error cannot be assigned upon matter which such bill should contain, neither can the judgment below be reversed. *Rev., p.* 887, § 245.

The judgment will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DE-PUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH.　12.

*For reversal*—None.